UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAJA VENUPGOPAL and MADHULIKA GADDE,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY W. ALEXANDER, DIANE M. ALEXANDER and ALL OTHER OCCUPANTS,<br><br>Defendants. | Case No.: 2:19 cv-01028-RSM<br><br>ORDER REMANDING CASE |

THIS MATTER comes before the court on Plaintiffs' motion to remand.[1]

This matter is a forcible detainer action brought by the plaintiffs to obtain possession of real property purchased at a foreclosure sale. The plaintiffs purchased the property at issue located at 3246 West Lake Sammamish Parkway Northeast, Redmond, Washington, 98052-5961 (the "Premises"), at a trustee's sale held under Washington law. The sale took place on May 31, 2019. Defendants Alexander are the former owners of the premises and refused to vacate after the statutory twenty-day deadline expired.

---

[1] Defendants did not respond to Plaintiff's Motion. Pursuant to local rule, the Court considers Defendants' failure to respond to be an admission that the motion has merit. LCR 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

MOTION - PAGE 1

2033 Sixth Avenue, Suite 1040
Seattle, WA 98121-2527
Phone: 206.443.8678    Fax: 206.443.4545

The plaintiffs commenced this matter as forcible detainer action under Washington law in King County Superior Court. King County Superior Court issued an order to show cause on July 3, 2019. Defendants filed a notice of removal July 2, 2019, asserting federal question jurisdiction.

The Court finds there is no federal question presented. One issue raised by the defendant is whether the foreclosure was proper. Whether the trustee complied with state law governing non-judicial foreclosure sales in Washington is not a question of federal law but a factual question to be decided by state court. The other issue involved in the unlawful detainer action is which party has the right of possession of the premises. Possession of real property is not a federal question.

The Court finds further there is no diversity jurisdiction. The only relief sought by the plaintiffs is possession of real property.

Therefore, it is hereby ordered that this case is REMANDED to King County Superior Court.

Dated this 31 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICE OF EVAN L. LOEFFLER PLLC
2033 Sixth Avenue, Suite 1040
Seattle, WA 98121-2527
Phone: 206.443.8678    Fax: 206.443.4545